In the Matter of ABEL GREEN, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, et al., Respondents.

Submitted October 3, 1955; decided October 5, 1955.

*Julian T. Abeles* for motion.

No one opposed.

Motion for stay granted upon the three conditions set forth in the temporary stay of July 6, 1955, and case set down for argument during the October, 1955, session of the Court of Appeals.